THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARLEASA MITCHELL, on behalf of herself and on behalf of others similarly situated,<br><br>               Plaintiff,<br><br>     v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>               Defendant. | Case No.: 2:25-cv-01593-JLR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Karleasa Mitchell hereby gives notice that her claims against Southwest Airlines Co. are voluntarily dismissed without prejudice. Defendant Southwest Airlines Co. has not filed an answer or motion for summary judgment, so dismissal is appropriate under Rule 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED AND DATED this 5th day of September, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: _/s/ Beth E. Terrell_____
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    Blythe H. Chandler, WSBA #
    Email: bchandler@terrellmarshall.com
    Eden B. Nordby, WSBA #58654
    Email: enordby@terrellmarshall.com

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
CASE NO. 2:25-cv-01593-JLR

1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

E. Michelle Drake, *Pro Hac Vice Forthcoming*
Email: emdrake@bm.net
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Telephone: (612) 594-5933

Mark B. DeSanto, *Pro Hac Vice Forthcoming*
Email: mdesanto@bm,net
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3046

Colleen Fewer, *Pro Hac Vice Forthcoming*
Email: cfewer@bergermontague.com
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 376-2097

*Attorneys for Plaintiff*

PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL
CASE NO. 2:25-CV-01593-JLR

2

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com